# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DIAZ,<br>Petitioner<br>v.<br>SCOTT FRAUENHEIM,<br>Respondent. | Case No. 5:19-cv-01441-PA (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Dismissing Duplicative Action; And Denying A Certificate Of Appealability,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: February 12, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE